ARRUDA REALTY, INC. *v.* CECILE DOYON

The plaintiff's petition for certification for appeal from the Appellate Session of the Superior Court is denied by the court.

*Lawrence W. Bates, Jr.,* in support of the petition.

Submitted October 13—decided October 25, 1978

COMMISSIONER OF FINANCE AND CONTROL *v.* JOHANNA WHITFIELD ET AL.

The named defendant's petition for certification for appeal from the Appellate Session of the Superior Court is denied by the court.

*Bruce A. Morrison,* in support of the petition.

Submitted October 13—decided October 25, 1978

ROYAL B. WELLS *v.* BOARD OF ZONING APPEALS OF THE CITY OF SHELTON ET AL.

The plaintiff's petition for certification for appeal from the Superior Court in the judicial district of Ansonia-Milford is denied by the court.

*Dwight F. Fanton,* in support of the petition.

*Frederick W. Christie* and *John W. Colleran,* in opposition.